# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO. 21 B 09154 |
| **Iwona Zdanowicz &** | ) |
| **Bryan Green** | ) Judge: A. Benjamin Goldgar |
| | ) Chapter 13 |
| DEBTORS. | ) Trustee: Stearns |

## NOTICE OF OBJECTION

To: Glenn Stearns, 801 Warrenville Road, Ste 650, Lisle, IL 60532, via electronic court notification;

Please take notice that **Iwona Zdanowicz & Bryan Green**, Debtors, by and through Debtors' attorneys, Lavelle Law, Ltd, object to the Motion to Dismiss Debtor proposed by the Trustee, at docket entry number 20.

## PROOF OF SERVICE

The undersigned, an attorney certifies that he sent a copy of this notice on October 3, 2021, to the above-mentioned Chapter 13 Trustee via electronic court notification, the creditors listed above via regular U.S. Mail, postage prepaid, from the mailbox located at 1933 N. Meacham Rd., Suite 600 Schaumburg, Illinois 60173


/s/Timothy M. Hughes 6208982

Timothy M. Hughes - 6208982
Lavelle Law, Ltd.
1933 N. Meacham Rd., Suite 600
Schaumburg, Illinois 60173
(847) 705-9698



S:\12751-13000\12968\Debtor.obj.2.Mot.TM2D.covid.2021.rtf