UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 21-09154 |
| --- | --- | --- |
| Iwona Zdanowicz | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable A. Benjamin Goldgar |
| Bryan F Green | ) | Lake County |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING MOTION TO DISMISS FOR UNREASONABLE DELAY**

This matter coming before the court on the trustee's motion to dismiss, due notice having been given, and the court being fully advised, IT IS HEREBY ORDERED:

1. The motion is granted. The case is dismissed.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: April 01, 2022

**Prepared by:**

Glenn Stearns Chapter 13 Trustee

801 Warrenville Road, Suite 650

Lisle, IL 60532-4350

(630-981-3888)